

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROSA SERRANO D/B/A THE LENS FACTORY, | § | No. 08-12-00101-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 327th District Court |
| | § | |
| PELLICANO PARK, L.L.C., | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC#2012-DCV-02335) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on Appellee's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF MARCH, 2014.


GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.